# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

In Re:

JOHN CHRISTOPHER SPRAGUE and
STEPHANI DANAE SPRAGUE,

    Debtors,

Case No. 3:24-bk-04021
Chapter 7
Judge Walker

---

ERICA R. JOHNSON, TRUSTEE,

    Plaintiff,

v.

TN HOMEBUYERS, INC. and
THE 649 WALL ROAD TRUST,

    Defendants.

Adv Pro Case No. _____

## <u>NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS</u>

Emily H. Mack and the firm of Burr & Forman LLP hereby give notice that they will be representing Defendants TN HomeBuyers, Inc. and The 649 Wall Road Trust in this matter. Counsel requests that all papers, pleadings, motions, applications and other filings served or required to be served in this case be given to and served, via CM/ECF, upon:

Emily Mack TN Bar #31217
BURR & FORMAN LLP
222 Second Avenue South, Suite 2000
Nashville, TN 37201
Telephone: (615) 724-3200
Facsimile: (615) 724-3290
emack@burr.com

Respectfully submitted,

*/s/ Emily H. Mack*

Emily Mack TN Bar #31217
Ross Johnson TN Bar #036067
BURR & FORMAN LLP
222 Second Avenue South, Suite 2000
Nashville, TN  37201
Telephone: (615) 724-3200
Facsimile: (615) 724-3290
emack@burr.com
rmjohnson@burr.com

*Attorneys for Defendants, TN HomeBuyers, Inc. and
The 649 Wall Road Trust*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via the Court's electronic filing system on July 14, 2026, upon:

> Justin T. Campbell
> Trent Meriwether
> Thompson Burton PLLC
> 1801 West End Ave., Suite 1550
> Nashville, TN 37203
> justin@thomsonburton.com
> tmeriwether@thompsonburton.com

*/s/ Emily H. Mack*
